IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FAIR HOUSING RIGHTS CENTER IN<br>SOUTHEASTERN PENNSYLVANIA | : :  : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-4677 |
| MORGAN PROPERTIES MANAGEMENT<br>COMPANY, LLC, ET AL. | : : | |

# **O R D E R**

**AND NOW**, this  11th  day of   April  , 2017, upon consideration of Defendants' Motion for Judgment on the Pleadings (ECF No. 22), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**