IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAIR HOUSING RIGHTS CENTER IN SOUTHEASTERN PENNSYLVANIA : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-4677 |
| MORGAN PROPERTIES MANAGEMENT COMPANY, LLC, ET AL. : | |

**ORDER**

**SURRICK, J.**                                                                                  **JUNE  29 , 2018**

And now, this  29th  day of   June   , 2018, upon consideration of Defendants' Motion *in Limine* (ECF No. 51), and all papers submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is **DENIED**.

                                                                                   **BY THE COURT:**

                                                                                   _____
                                                                                   **R. BARCLAY SURRICK, J.**