IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAIR HOUSING RIGHTS CENTER IN SOUTHEASTERN PENNSYLVANIA : : : v. : : MORGAN PROPERTIES MANAGEMENT COMPANY, LLC, ET AL. : : | CIVIL ACTION NO. 16-4677 |

**ORDER**

**SURRICK, J.**                                              **JUNE 29, 2018**

And now, this 29th day of June, 2018, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 53), and all papers submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is **DENIED**.

                                                            **BY THE COURT:**

                                                            _____
                                                            **R. BARCLAY SURRICK, J.**