IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAIR HOUSING RIGHTS CENTER IN SOUTHEASTERN PENNSYLVANIA : : : v. : : MORGAN PROPERTIES MANAGEMENT : COMPANY, LLC, ET AL. : | CIVIL ACTION NO. 16-4677 |

### ORDER

**AND NOW**, this  19th  day of  September , 2018, upon consideration of Defendants' Motion to Amend Order to Add Certification Pursuant to 28 U.S.C. § 1292(b) and for Stay of Proceedings Pending Disposition of the Appeal (ECF No. 69), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED.**

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**