# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### EASTERN DIVISION

FAIR HOUSING RIGHTS CENTER IN
SOUTHEASTERN PENNSYLVANIA,

        Plaintiff,

      v.

MORGAN PROPERTIES MANAGEMENT
COMPANY, LLC; KBF ASSOCIATES,
L.P.; and MONTGOMERY WOODS
OWNER LLC,

        Defendants.

Case No. 16-CV-4677-RBS

## JOINT STIPULATION OF DISMISSAL

WHEREAS, Plaintiff Fair Housing Rights Center in Southeastern Pennsylvania ("Plaintiff") instituted the above-captioned action against Morgan Properties Management Company, LLC, KBF Associates, L.P., and Montgomery Woods Owner LLC ("Defendants"); and

WHEREAS, the Plaintiff in this action has reached a final and binding Settlement Agreement with all Defendants, which contains a mutual release of all claims which were, or could have been brought, in this action;

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants jointly stipulate that all claims that were asserted by Plaintiff against Defendants in this action be dismissed with prejudice. The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: February 5, 2019                    Respectfully submitted,

<u>/s/ Tara K. Ramchandani</u>
Tara K. Ramchandani (*pro hac vice*)
Megan Cacace (*pro hac vice*)
Relman, Dane & Colfax PLLC
1225 19th Street, NW, Suite 600
Washington, D.C. 20036
Tel: (202) 728-1888
Fax: (202) 728-0848
tramchandani@relmanlaw.com
mcacace@relmanlaw.com


<u>/s/ Rocco J. Iacullo</u>
Rocco J. Iacullo (86144) (PA Bar)
Disability Rights Pennsylvania
1315 Walnut Street, Suite 500
Philadelphia, PA 19107
Tel: (215) 645-2908
Fax: (215) 772-3126
riacullo@disabilityrightspa.org

*Attorneys for Plaintiff*


<u>/s/ Schaun D. Henry</u>
Schaun D. Henry (80597)
McNees Wallace & Nurick, LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17106-1166
Tel: 717-232-5346

Rosemary Spohn, *Pro Hac Vice*
Morgan Properties
NJ I.D. 020261986
2 South Avenue West, #W411
Cranford, NJ 07016
Tel: 856-435-6908

*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February, 2019, the foregoing Joint Stipulation of Dismissal was filed using the Court's CM/ECF system, which shall serve as notice of filing on all counsel of record.

/s/ Tara K. Ramchandani
Tara K. Ramchandani

/s/ Rocco J. Iacullo
Rocco J. Iacullo

*Attorneys for Plaintiff*